# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re:                                     )
                                           )        Case No.: 21-4539
Pat Pitello                                
                                           )        Chapter 13
                                           )        Judge: Janet S Baer
                        Debtor.            )

## NOTICE OF CHAPTER 13 PLAN

TO: SEE ATTACHED SERVICE LIST

Please take notice, that on April 20th, 2021 I filed a copy of this Notice and the Chapter 13 Plan
with The Northern District of Illinois Bankruptcy Court.


/s/ William S. Ryan
Attorney for Debtor


## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice with Chapter 13 Plan via
US Postal Mail from 3101 Rose St., Franklin Park, IL 60131 or by ECF, upon the parties listed
above on April 20th, 2021.


/s/ William S. Ryan
Attorney for Debtor


William S. Ryan (#6243796)
P.O. Box 218
3101 N. Rose Street
Franklin Park, IL 60131
(847) 455-5575 phone
(847-455-5584 fax
Email: wr60131@aol.com

## SERVICE LIST

Trustee Glenn B Srearns via ECF

American Credit Bureau
1200 N Federal Hwy
Boca Raton, FL 33432-2803

American Credit Bureau, Inc.
1200 N Federal Hwy Ste 200
Boca Raton, FL 33432-2813

Citi
PO Box 6217
Sioux Falls, SD 57117-6217

Citibank
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
Saint Louis, MO 63179-0034

Glenview State Bank
800 Waukegan Rd
Glenview, IL 60025-4381

Jpmcb Home
700 Kansas Ln
Monroe, LA 71203-4774

LOCAL 705 UNION PENSION c/o Baum Sigman
Baum Sigman Auerbach & Neuman, Ltd
200 W Adams St Ste 2200
Chicago, IL 60606-5231

Medical Business Burea
1460 Renaissance Dr
Park Ridge, IL 60068-1331

Medical Business Bureau
Attn: Bankruptcy
PO Box 1729
Park Ridge, IL 60068

```
Merchants Credit Guide
223 W Jackson Blvd
Chicago, IL 60606-6908

Merchants' Credit Guide Co.
ATTN: Bankruptcy
223 W Jackson Blvd Ste 700
Chicago, IL 60606-6914

Nationwide Credit & Co
815 Commerce Dr Ste 270
Oak Brook, IL 60523-8852

Nationwide Credit & Collections, Inc
Attn : Bankruptcy
815 Commerce Dr Ste 270
Oak Brook, IL 60523-8852

Phoenix Financial Serv
8902 Otis Ave
Indianapolis, IN 46216-1077


Phoenix Financial Services, LLC
Attn: Bankruptcy
PO Box 361450
Indianapolis, IN 46236-1450

US Bank
Attn: Bankruptcy
PO Box 5229
Cincinnati, OH 45201-5229
US Bank
Oshkosh, WI 54901
```